# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1694
Lower Tribunal No. F90-45486B
_____

**Anthony Simon,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel de la O, Judge.

Anthony Simon, in proper person.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS and GORDO, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 411 So. 3d 392 (Fla. 2025), cert. denied sub nom., Wainwright v. Florida, 145 S. Ct. 2789 (2025) (concluding that even if the decision in Erlinger v. United States, 602 U.S. 821 (2024) constitutes a change of law, it does not apply retroactively); Ford v. State, 402 So. 3d 973, 981 (Fla. 2025) ("Erlinger was a direct-appeal case—not a postconviction case like Ford's—and it involved required jury findings regarding an element. Based on these fundamental distinctions, it is clear that Erlinger provides no support for vacating Ford's death sentences."); Viera v. State, 420 So. 3d 554 (Fla. 3d DCA 2025); Jackson v. State, 417 So. 3d 530 (Fla. 3d DCA 2025); Garcia v. State, 417 So. 3d 449 (Fla. 3d DCA 2025); Sagaille v. State, 415 So. 3d 875 (Fla. 3d DCA 2025); Lewis v. State, 415 So. 3d 814 (Fla. 3d DCA 2025); Del Sol v. State, 415 So. 3d 334 (Fla. 3d DCA 2025); Spikes v. State, 414 So. 3d 440 (Fla. 3d DCA 2025); Acosta v. State, 414 So. 3d 335 (Fla. 3d DCA 2025); Arias v. State, 413 So. 3d 999 (Fla. 3d DCA 2025).